IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SHAWN LAMONT MANNON, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and with the agreement of counsel,

IT IS ORDERED that Defendant Mannon's evidentiary hearing and sentencing are continued to Thursday, August 31, 2006, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 24, 2006.                           BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge