IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:06CR3017 |
| vs. | |
| SHAWN LAMONT MANNON, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) The motion of attorney Jessica L. Milburn to withdraw as counsel of record for defendant Shawn Lamont Mannon, (filing no. 83), is granted.

2) Defendant's newly retained counsel, David J. Joffe, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Jessica L. Milburn from any future ECF notifications herein.

March 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge