IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>SHAWN LAMONT MANNON,<br><br>     Defendant. | 4:06CR3017<br><br>**ORDER** |

  The defendant has moved for government-funded treatment at Summit Care and Wellness Treatment and Counseling, PC. The motion is not supported by any evidence of indigence, any current evaluation stating what treatment is needed, or any statement that Summit Care is able and willing to provide any recommended treatment.

  Accordingly,

  IT IS ORDERED that the defendant's Motion to be Declared Indigent for Costs to Enter into Drug Treatment Program, (Filing No. 109), is denied.

July 20, 2015.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge